UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MACK BRYSON, Jr., <br><br> Plaintiff, <br><br> v. <br><br> HONORABLE CHARLES SAMUELS, Jr. <br><br> Defendant. | CASE NO. 1:14-cv-0180-LJO-BAM <br><br> ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE NO LATER THAN **NOVEMBER 16, 2014** |

Plaintiff William Bryson is a federal prisoner proceeding *pro se* in a Freedom of Information Act complaint pursuant to 5 U.S.C. § 552. Plaintiff has not paid the $400.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

**No later than November 16, 2014**, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. No requests for extension will be granted without a showing of good cause.

Failure to comply with this order will result in dismissal of this action. No further action shall be taken in this matter until the application to proceed in forma pauperis or filing fee is received by the Court.

IT IS SO ORDERED.

Dated:   **October 2, 2014**           /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

1